**Electronically Filed
Supreme Court
SCPW-25-0000707
20-FEB-2026
11:46 AM
Dkt. 9 ODDP**

SCPW-25-0000707

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CHRIS SLAVICK,
Petitioner,

vs.

THE HONORABLE JAMES S. KAWASHIMA,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NOS. 1PR161000004; 1CPN-22-0000007; 1CPN-23-0000008)[1]

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Hamman, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus

filed October 13, 2025, and the record, Petitioner has not

demonstrated a clear and indisputable right to relief, nor a

lack of alternatives to obtain the relief sought.  See Womble

---

[1]    The petition for writ of mandamus cites to 1CPN-24-0000009, but that case does not involve this Petitioner as a party.  The case name for 1CPN-24-0000009 is Kim v. State of Hawaiʻi.

<u>Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, February 20, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kirstin M. Hamman

